IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Sub-Master Docket No. 17-9001L

(Filed: March 13, 2018)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO:<br><br>ALL UPSTREAM CASES | |

ORDER APPROVING TEST PROPERTY SELECTION AND AMENDING SCHEDULE

      Pending before the court are the plaintiffs' Third Submission on Test Case Selection, ECF No. 90, filed yesterday, March 12, 2018, and defendant's Second Notice Regarding Test Property Selection, ECF No. 86, filed March 7, 2018. The court approves the fourteen test properties, seven nominated by each side, as proposed in those filings.

      The court also amends the scheduling order previously entered in this case, *see* Order Reaffirming Schedule, ECF No. 69, filed February 21, 2018, to enlarge the discovery deadline in this case by thirteen days. As amended, discovery will close on June 13, 2018.

      It is so ORDERED.

                                    s/ Charles F. Lettow
                                    Charles F. Lettow
                                    Judge