## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| In re UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT APPLIES TO:<br><br>**SOLTANI SAMAN; JACK MURCHISON AND PATRICIA MURCHISON; KEENAN HICKMAN AND LANA HICKMAN; AND SHANETTE LANGS**<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA** | **Sub-Master Docket No.: 17-9001L**<br><br><br>**C.A. No. 1:18-cv-00343-SGB** |

## AMENDED SHORT FORM COMPLAINT

Reference is made to the Master Amended Complaint for Upstream Plaintiffs (doc. 18) filed in the above-styled Sub-Master Docket on January 16, 2018 ("Master Complaint"). Plaintiff(s) incorporate by reference and adopt each allegation and cause of action, except any allegation pertaining to class allegations (including but not limited to paragraphs 92-104).[1]

## INFORMATION REGARDING PLAINTIFF(S)

Plaintiff(s) allege that, in and around Tropical Storm Harvey in August/September 2017 ("Harvey"), water impounded in Barker Reservoir (up to an elevation of 101.5 feet) and in Addicks Reservoir (up to an elevation of 109.1 feet), resulted in real property (the "Real Property") and/or personal property (the "Personal Property") belonging to Plaintiff(s) being flooded by the impounded water (collectively, the "Government Action"). The allegations are more fully set forth in the Master Complaint.

---

[1] At this time, Plaintiff(s) do not seek class treatment and do not opt into any class related to the Master Complaint. Unless and until presented with notice of class certification, at which time Plaintiff(s) will evaluate and determine whether to opt into such certified class, Plaintiff(s) take no position on class certification.

1. Name of Plaintiff(s): Soltani Saman; Jack Murchison and Patricia Murchison; Keenan Hickman and Lana Hickman; Shanette Langs.

2. The location by address of Plaintiff(s) Real Property subject to Plaintiff'(s) allegations of a Fifth Amendment taking without just compensation, including the property's tax number:

| Plaintiff Name | Address | Tax Number | Property Interest |
|---|---|---|---|
| Soltani Saman | 15514 Tumbling Rapids Dr. Houston, TX 77084 | 1094590000004 | Ownership |
| Keenan Hickman and Lana Hickman | 6231 Presidio Canyon Dr. Katy, TX 77450 | Fort Bend Property Tax No.: R224447 Account #: 2251-02-001-0290-914 | Ownership |
| Jack Murchison and Patricia Murchison | 19623 Knightsridge Ln Houston, TX 77094 | 1168000040022 | Ownership |
| Shanette Langs | 1911 Stone Meadows Ln Houston, TX 77094 | 1171320010018 | Ownership |

3. If Plaintiff(s) held Real Property at more than one location, please identify addresses and corresponding tax numbers for each location:

   N/A

4. At the time of the Government Action, please state Plaintiff'(s) property interest in each of the Real Property(s) listed in response to Questions 2 and 3 (*e.g.* Own, Rent, Leasehold, or other):

   Own

5. The location by address of Plaintiff'(s) Personal Property subject to Plaintiff'(s) allegation of a Fifth Amendment Taking without just compensation is as follows:

| Plaintiff Name | Address | Tax Number |
|---|---|---|
| Soltani Saman | 15514 Tumbling Rapids Dr. Houston, TX 77084 | 1094590000004 |
| Keenan Hickman and Lana Hickman | 6231 Presidio Canyon Dr. Katy, TX 77450 | Fort Bend Property Tax No.: R224447 Account #: 2251-02-001-0290-914 |
| Jack Murchison and Patricia Murchison | 19623 Knightsridge Ln Houston, TX 77094 | 1168000040022 |
| Shanette Langs | 1911 Stone Meadows Ln Houston, TX 77094 | 1171320010018 |

6.    If Plaintiff(s) held Personal Property at more than one location, Plaintiff(s) identify the

location of such other addresses as follows (please list all addresses):

N/A

7.    Check all of the following boxes if Plaintiff(s) assert the same Causes of Action set forth

in the Causes of Action section of the Master Complaint.  If Plaintiff(s) elect to assert

some, but not all, of the Causes of Action set forth in the Causes of Action section of the

Master Complaint, check the boxes that Plaintiff(s) intend to assert below:

☒    Count I – Temporary Taking of a Flowage Easement without Just Compensation in Violation of the Fifth Amendment.

☒    Count II – Temporary Taking of Other Property Interests without Just Compensation in Violation of the Fifth Amendment.

☒    Count III – Permanent Taking of Damaged and Destroyed Property without Just Compensation in Violation of the Fifth Amendment.

☒    Count IV – Permanent Taking of a Flowage Easement without Just Compensation in Violation of the Fifth Amendment.

3212895.1/SPH/49638/0101/031218

**STRASBURGER & PRICE, LLP**

*/s/ Gary J. Siller*
**GARY J. SILLER**
gary.siller@strasburger.com
**DREW BARRIOS**
drew.barrios@strasburger.com
909 Fannin Street, Suite 2300
Houston, Texas  77010-3033
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile

3212895.1/SPH/49638/0101/031218