# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: May 13, 2020)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO:<br><br>18-163 Jabr et al. v. US | |

## ORDER

     Pending before the court are three consented motions to substitute counsel filed on March 10, 2020 in case No. 18-163.  The motions are pending on the docket of Chief Judge Margaret M. Sweeney, however, pursuant to a NOTICE filed by the court in this case, until further order of the court, all future filings in the consolidated upstream cases shall be made in Sub-Master Docket No. 17-9001L, In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs, assigned to the Honorable Charles F. Lettow.

     The motions, as filed, are consent motions to substitute counsel and include written consent from the current attorney of record.  Thus, pursuant to the Rules of the Court of Federal Claims Rule 83(c)(4)(A)(i)(I), the clerk's office may enter the substitution on the docket.

     It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge
