# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: May 19, 2020)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO:<br><br>ALL UPSTREAM CASES | |

## AMENDED SCHEDULING ORDER

Pending before the court is defendant's motion for extension of time, until July 27, 2020, to complete fact discovery. *See* ECF 286. For good cause shown, defendant's motion is GRANTED. Accordingly, the scheduling order entered February 18, 2020, ECF No. 273, and amended May 6, 2020, ECF No. 287, is further amended to extend completion of fact discovery to July 27, 2020.

Additionally, a telephonic discovery conference will be held on June 10, 2020 at 2:30 p.m. EDT. The parties are instructed to dial 844-291-6362 and enter the access code 2337145 ten minutes before the call is scheduled to begin.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge