# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

In re UPSTREAM ADDICKS AND BARKER
(TEXAS) FLOOD-CONTROL RESERVOIRS

Sub-Master Docket No. 17-9001L

THIS DOCUMENT APPLIES TO:

Judge Charles F. Lettow

ALL UPSTREAM CASES

## UPSTREAM PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE

On May 13, 2020, the government filed a Motion for a Protective Order Precluding Depositions under Plaintiffs' Rule 30(b)(6) Deposition Notice. ECF No. 291. Pursuant to RCFC 7.2(a)(1), Plaintiffs' response is due within 14 days after service of the motion.

For good cause, and not for purposes of delay, Plaintiffs respectfully request an extension of time until **Monday June 1, 2020** to file their response. Plaintiffs have conferred with the government's counsel, Ms. Kristine Tardiff, and the government is not opposed to the relief requested in this motion. Therefore, Plaintiffs ask that the Court grant their request to extend the deadline for filing their response to ECF No. 291 to Monday, June 1, 2020.

Dated: May 27, 2020.

Respectfully submitted,

  /s/ Charles Irvine
Charles Irvine
Irvine & Conner PLLC
4709 Austin Street
Houston, Texas 77004
713-533-1704
charles@irvineconner.com

**Co-Lead Counsel for Upstream Plaintiffs**


  /s/ Armi Easterby
Edwin Armistead "Armi" Easterby
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
aeasterby@whlaw.com

**Co-Lead Counsel for Upstream Plaintiffs**

  /s/ Daniel Charest
Daniel Charest
Larry Vincent
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
469-904-4550
dcharest@burnscharest.com
lvincent@burnscharest.com

**Co-Lead Counsel for Upstream Plaintiffs**


  /s/ Vuk Vujasinovic
Vuk S. Vujasinovic
VB Attorneys, PLLC
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713-224-7800
Vuk@vbattorneys.com

**Of Counsel for Upstream Plaintiffs**

## CERTIFICATE OF CONFERENCE

The undersigned attorney hereby certifies that co-lead counsel conferred with Defendant via electronic mail on May 27, 2020. Defendant's counsel stated that the Defendant is not opposed to the relief requested in this Motion.

_/s/ Charles Irvine_____
Charles W. Irvine

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument, together with all exhibits, was served on all counsel of record in this Sub-Master Cause by filing it via the Court's ECF system on May 27, 2020.

_/s/ Daniel Charest_____
Daniel Charest