# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: May 28, 2020)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO: ALL UPSTREAM CASES | |

<u>ORDER</u>

Pending before the court is plaintiffs' unopposed motion for extension of time, until June 1, 2020, to file their response to defendant's motion for a protective order, ECF No. 291. *See* ECF No. 300. For good cause shown, plaintiffs' motion is GRANTED. Plaintiffs shall respond to defendant's motion on or before June 1, 2020.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge
