IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| In re UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL UPSTREAM CASES | Sub-Master Docket No. 1:17-9001L<br>Judge Charles F. Lettow |

## UPSTREAM CO-LEAD COUNSEL'S PROPOSED SCHEDULE

Upstream Co-Lead Counsel respectfully propose the following schedule with the goal of completing the compensation phase trial for the six test properties before the holidays. This schedule allows for reasonable time for exchange of expert reports in light of the time the experts have already been working on this matter (*e.g.* Government appraisal experts visited the test properties in May 2020), and eliminates unnecessary delays before starting the Appendix A process.

| Event | Deadline |
|---|---|
| Plaintiffs' deadline to seek *in camera* review of redacted documents | Tuesday, March 30, 2021 |
| Rule 26(a)(2) Disclosures | Friday, April 2, 2021 |
| Close of Fact Discovery | Monday, April 26, 2021 |
| Plaintiffs serve Expert Reports | Friday, May 28, 2021 |
| Defendant serves Expert Reports | Monday, June 28, 2021 |
| Plaintiffs serve Expert rebuttal reports | Monday, August 16, 2021 |
| Close of Expert Discovery | Friday, August 27, 2021 |
| Meeting of Counsel pursuant to App. A, ¶ 13 | Friday, August 27, 2021 |
| Meeting of Counsel Certification | Friday, September 3, 2021 |
| Plaintiffs' Pre-Trial Memorandum, Exhibit List, and Witness List, pursuant to RCFC App. A, ¶¶ 14(a), 15, and 16 | Friday, September 10, 2021 |
| Defendant's Pre-Trial Memorandum, Exhibit List, and Witness List pursuant to RCFC App. A, ¶¶ 14(b), 15, and 16 | Friday, October 8, 2021 |
| Pre-Trial Conference at 515 Rusk St. Houston, Texas | Friday, October 29, 2021 |
| Trial on Compensation Phase at 515 Rusk St. Houston, Texas | November 1-5, 8-9 (7 day trial) |

Respectfully submitted,

   /s/ Edwin Armistead Easterby
Edwin Armistead "Armi" Easterby
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
aeasterby@whlaw.com
*Co-Lead Counsel*

   /s/ Charles Irvine
Charles Irvine
Irvine & Conner PLLC
4709 Austin Street
Houston, Texas 77004
713-533-1704
charles@irvineconner.com
*Co-Lead Counsel*

   /s/ Daniel Charest
Daniel Charest
Larry Vincent
Burns & Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
469-904-4550
dcharest@burnscharest.com
lvincent@burnscharest.com
*Co-Lead Counsel*

   /s/ Vuk S. Vujasinovic
Vuk S. Vujasinovic
VB Attorneys, PLLC
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713.224.7800
*Of Counsel*

### Certificate of Service

     The undersigned attorney hereby certified that a true and correct copy of the foregoing instrument, together with all exhibits, was served on all counsel of record in this Sub-Master Cause by filing it via the Court's ECF system on March 11, 2021.

   /s/Edwin Armistead Easterby