# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: February 14, 2022)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO:<br><br>ALL UPSTREAM CASES | |

## ORDER

      Following the status conference held February 11, 2022, the court confirmed with the Southern District of Texas the availability of a courtroom at the Bob Casey United States Courthouse in Houston, Texas for the dates of May 31, 2022 through June 10, 2022 to conduct a trial in this case. By March 1, 2022, the court requests that the parties propose a revised pretrial schedule that includes two status conferences during preparations.

      It is so **ORDERED**.

      s/ Charles F. Lettow
      Charles F. Lettow
      Senior Judge