# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| In Re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIR<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | Sub-Master Docket No. 17-9001L<br><br>Judge Charles F. Lettow |

## CO-LEAD COUNSEL'S REQUEST FOR APRIL 25, 2022, TRIAL SETTING

The undersigned attorney, serving as court-appointed plaintiffs' co-lead counsel and as the attorney-in-charge for approximately 1,570 individual upstream plaintiffs, respectfully requests that the Court schedule the compensation phase trial for the two-week period beginning April 25, 2022.

As the Court observed during the February 14, 2022, status conference, an April 25th trial date is a modest change (a 35-day extension) from the tentative March date and provides the Court and parties with a workable solution to completing this trial in the near-term. Conversely, the May 31st trial setting generates needless delays and will likely thwart a workable solution due to witness unavailability. Plaintiffs appreciate the Court's efforts to secure a local courtroom and the undersigned attorney respectfully requests that, if doing so is still possible, the Court schedule the compensation phase trial for the two-week period beginning April 25, 2022.

Houston, Texas
February 15, 2022

                                          Respectfully submitted,

                                          */s/ Armistead "Armi" Easterby*
                                          Edwin Armistead "Armi" Easterby
                                          Williams Hart Boundas Easterby, LLP
                                          8441 Gulf Freeway, Suite 600
                                          Houston, Texas 77017
                                          713-230-2200
                                          aeasterby@whlaw.com

                                          *Upstream Co-Lead Counsel for Individual Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certified that a true and correct copy of the foregoing instrument was served on all counsel of record in this Sub-Master Cause by filing it via the Court's ECF system on February 15, 2022.

      */s/ Armistead "Armi" Easterby*
      Edwin Armistead "Armi" Easterby