IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed March 1, 2022*

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS <br><br> V. <br><br> THE UNITED STATES <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL UPSTREAM CASES | No. 17-cv-9001L <br><br> Senior Judge Charles F. Lettow |

**JOINT PROPOSED PRE-TRIAL SCHEDULE**

Pursuant to the Court's Order of February 14, 2022 (ECF No. 440), the parties have conferred and propose the following revised pretrial schedule for the trial dates of May 31, 2022 through June 10, 2022, including two status conferences during preparations:

| **Filing or Event** | **Filing Deadline or Date** |
|---|---|
| Proposed Status Conference 1 | March 21, 2022 |
| Plaintiffs' Pre-Trial Memorandum, Witness List and Exhibit List, and any motions for leave under Appx. A ¶ 15(b), pursuant to RCFC Appx. A, ¶¶ 14(a), 15 and 16. | March 25, 2022 |
| Defendant's Pre-Trial Memorandum, Witness List and Exhibit List, and any motions for leave under Appx. A ¶ 15(b), pursuant to RCFC Appx. A, ¶¶ 14(b), 15 and 16. | April 22, 2022 |
| Proposed Status Conference 2 | May 2, 2022 |

1

| Filing of joint stipulations of fact and joint exhibit list. | May 10, 2022 |
|---|---|
| Pre-Trial Conference | May 23, 2022 |
| Trial, Houston, TX | May 31 – June 10, 2022 |

This proposed schedule has been jointly prepared by the parties and is filed by Defendant's counsel of record with the consent of Plaintiffs' co-lead counsel.

Dated: March 1, 2022

          Respectfully submitted,

          TODD KIM
          Assistant Attorney General
          Environment & Natural Resources Division

          *s/ Kristine S. Tardiff*
          KRISTINE S. TARDIFF
          LAURA W. DUNCAN
          FRANCES B. MORRIS
          SAMUEL R. VICE
          Trial Attorneys
          United States Department of Justice
          Environment & Natural Resources Division
          Natural Resources Section
          53 Pleasant Street, 4th Floor
          Concord, NH 03301
          Telephone: 603-230-2583
          E-Mail: kristine.tardiff@usdoj.gov

          *Counsel for the United States*