# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: May 19, 2022)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO:<br><br>ALL UPSTREAM CASES | |

### EXPEDITED SCHEDULING ORDER

      Pending before the court is the government's motion *in limine* for the court to take judicial notice. *See* ECF No. 535. To avoid complications related to trial preparations, the court orders plaintiffs to respond to the government's motion on or before May 25, 2022.

      It is so **ORDERED**.

                                                                        s/ Charles F. Lettow
                                                                        Charles F. Lettow
                                                                        Senior Judge