IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed June 24, 2022*

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>V.<br><br>THE UNITED STATES<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL UPSTREAM CASES | )<br>)<br>)<br>)<br>) No. 17-9001L<br>)<br>)<br>)<br>) Senior Judge Charles F. Lettow<br>)<br>)<br>)<br>) |

**JOINT PROPOSED POST-TRIAL BRIEFING SCHEDULE**

Pursuant to the Court's instructions to the parties at the close of trial on June 10, 2022, the parties have conferred and propose the following post-trial briefing schedule and a date for post-trial argument, subject to the Court's availability.

| | |
|---|---|
| Plaintiffs' Opening Post-Trial Brief | August 1, 2022 |
| United States' Responsive Brief | September 9, 2022 |
| Plaintiffs' Reply Brief | September 23, 2022 |
| Post-Trial Argument | September 29, 2022 |

This proposed schedule has been jointly prepared by the parties and is filed by Defendant's counsel of record with the consent of Plaintiffs' counsel.

//

//

//

//

1

Dated: June 24, 2022

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division

        *s/ Kristine S. Tardiff*
        KRISTINE S. TARDIFF
        LAURA W. DUNCAN
        FRANCES B. MORRIS
        SAMUEL R. VICE
        Trial Attorneys
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        53 Pleasant Street, 4th Floor
        Concord, NH 03301
        Telephone: 603-230-2583
        E-Mail: kristine.tardiff@usdoj.gov

        *Counsel for the United States*