# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: June 27, 2022)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO: ALL UPSTREAM CASES | |

## ORDER

The court recognizes the parties' joint proposed post-trial briefing schedule, received June 24, 2022. *See* ECF No. 565. The court adopts the parties' proposed schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' opening post-trial brief | August 1, 2022 |
| Defendant's responsive brief | September 9, 2022 |
| Plaintiffs' reply brief | September 23, 2022 |
| Post-trial argument | September 29, 2022, at 2:30 p.m. |

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge