# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001 L
Filed: October 28, 2022

**IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT APPLIES TO:
ALL UPSTREAM CASES**

**RULE 54(b) JUDGMENT**

Pursuant to the court's Opinion and Order, filed October 28, 2022, finding that the plaintiffs are entitled to just compensation for the permanent flowage easement the government took through its construction, maintenance, and operation of the Addicks and Barker Dams, and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, the following test plaintiffs recover of and from the United States, the following amounts, plus interest at the rate of 3.62% compounded semi-annually from August 30, 2017 until the date of payment:

- Mr. and Mrs. Todd and Cristina Banker    $195,549.86
- Ms. Elizabeth Burnham    $65,729.32
- Mr. Scott Holland    $74,783.85
- Ms. Christina Micu    $87,439.09
- Ms. Catherine Popovici    $1,401.49
- Mr. Kulwant Sidhu    $29,631.42.

Costs are deferred.

Lisa L. Reyes
Clerk of Court

By:   s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.