# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: November 23, 2022)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO: ALL UPSTREAM CASES | |

## ORDER

      Pending before the court is the parties' joint motion for order on timing of plaintiff's motion for attorneys' fees and costs. ECF No. 584. The parties have conferred and jointly request that the court "defer[] the deadline for filing a motion seeking an award of attorneys' fees and expenses under the [Uniform Relocation Assistance and Real Property Acquisition Act] until after any appeals and after the judgment becomes final and non-appealable under 28 U.S.C. § 2412(d)(2)(G)." *Id.* at 1. The parties also request that, if such a judgment is entered in favor of plaintiffs, the court direct the parties to confer and "file a joint status report proposing a schedule for further proceedings on a motion for reimbursement of attorneys' fees and expenses." *Id.* at 2.

      The court adopts the first part of the parties' proposal. The deadline for filing a motion seeking attorneys' fees and expenses is DEFERRED until after the judgment becomes final and non-appealable.

      It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge
