# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L and Nos. 17-1868, 17-1937, 17-2035 and 17-2045

(Filed: February 1, 2023)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO: *Luo v. United States*, No. 17-1868 *Lei v. United States*, No. 17-1937 *Yang v. United States*, No. 17-1937 *Qiu v. United States*, No. 17-2035 *Lao v. United States*, No. 17-2035 *Xu v. United States*, No. 17-2045 *Shi v. United States*, No. 17-2045 | |

## ORDER

Pro se plaintiffs Zheng Luo, Ligang Lei, Huajing Yang, Shuyan Qiu, Yuanwei Lao, Yan Xu, and Qingsong Shi ("*pro se* plaintiffs") have filed a motion for re-clarification of the case management order. That motion essentially challenges the court's grant of orders in the cases brought by named bellwether plaintiffs, among the hundreds of claimants seeking relief from the upstream flooding that occurred in the Houston area in connection with Hurricane Harvey. The *pro se* plaintiffs protest that their suits are individual claims and are neither governed nor affected by the claims of bellwether plaintiffs.

In due course, the *pro se* plaintiffs will have their opportunity to press their individual claims, with their separate contentions. That time is not now, while the judgments entered for the bellwether plaintiffs are on appeal. The motion for re-clarification is accordingly DENIED.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge