# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: June 8, 2023)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO: *Ahmad v. United States*, No. 17-1780 *Abdou v. United States*, No. 17-1786 *Wilson v. United States*, No. 23-424 | |

**ORDER**

        Plaintiffs in the above-identified cases have filed amended Short Form Complaints. *See Ahmad v. United States*, No. 17-1780, ECF No. 9 (June 5, 2023); *Abdou v. United States*, No. 17-1786, ECF No. 14 (June 7, 2023); *Wilson v. United States*, No. 23-424, ECF No, 6 (May 24, 2023). Because more than twenty-one days have passed since the filing of their original complaint, plaintiffs must provide defendant's written consent to file an amended complaint or file a motion requesting leave of court to amend the complaint pursuant to Rule 15(a)(2) of the Rules of the United States Court of Federal Claims. Plaintiffs here have failed to do either. Further, the filings should have been made in the sub-master docket no. 17-9001L, pursuant to the Amended Management Order NO. 2. *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs*, No. 17-9001, ECF No. 190.

        Accordingly, the Clerk's office is directed to **STRIKE** the amended complaints from their respective dockets. Plaintiffs may refile in sub-master docket no. 17-9001L their amended complaints with defendant's written consent or may file in sub-master docket no. 17-9001L a motion for leave to file the amended complaints.

        It is so **ORDERED**.

s/Charles F. Lettow  
Charles F. Lettow  
Senior Judge