# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001L

(Filed: July 28, 2023)

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| THIS DOCUMENT APPLIES TO: *Yu v. United States*, No. 23-1164 | |

**ORDER**

On July 27, 2023, plaintiff filed a complaint but failed to sign the complaint. *See Yu v. United States*, No. 23-1164, ECF No. 1 at 18. Accordingly, plaintiff is DIRECTED to complete and sign the Short Form Complaint available on the court's website at http://www.uscfc.uscourts.gov/node/3325. *See* ECF No. 725. Pursuant to this court's management order no. 2, plaintiff is further DIRECTED to then file her signed Short Form Complaint as an amended complaint in sub-master docket number 17-9001. *See In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs*, No. 17-9001, ECF No. 190.

It is so **ORDERED**.

s/Charles F. Lettow
Charles F. Lettow
Senior Judge