IN THE UNITED STATES COURT OF FEDERAL CLAIMS

In re UPSTREAM ADDICKS AND BARKER
(TEXAS) FLOOD CONTROL RESERVOIRS

Sub-Master Docket No.: 17-9001L

Senior Judge Charles F. Lettow

THIS DOCUMENT APPLIES TO:

*Jacobson, et al., v. United States*, No. 17-1374
*Ahmad, et al., v. United States*, No. 17-1780
*Abdou, et al., v. United States*, No. 17-1786
*Aponiuk, et al., v. United States*, No. 17-1798
*Boone, et al., v. United States*, No. 17-1805
*Airdrome Holdings Inc., et al., v. United States*, No. 18-854
*998 Qin Family I, LLC, et al., v. United States*, No. 18-855
*Adair, et al., v. United States*, No. 19-864
*Adebo, et al., v. United States*, No. 19-865
*Abbruscato, et al., v. United States*, No. 19-1758
*Alisha Lodging Group, LLC, et al., v. United States*, No. 19-1758
*Agnihotri, et al., v. United States*, No. 20-297
*Claycreek Mini Storage, Ltd., et al., v. United States*, No. 20-302
*Aldana, et al., v. United States*, No. 20-305
*Burr, et al., v. United States*, No. 20-306
*Allgood, et al., v. United States*, No. 20-918
*Adams, et al., v. United States*, No. 20-920
*Amaro, et al., v. United States*, No. 21-1722
*Augilar-Morales, et al., v. United States*, No. 21-1723
*Almeida, et al., v. United States*, No. 23-867
*Anderson, et al., v. United States*, No. 23-868
*Collins, et al., v. United States*, No. 23-1242
*Addison, et al., v. United States*, No. 23-1243
*Arroyo, et al., v. United States*, No. 23-1244

## NOTICE OF APPEARANCE

To the Clerk of Court:

      Pursuant to RCFC 83.1(c)(1), please enter the appearance of Sean H. McCarthy as Of Counsel for Plaintiffs in the various above-captioned cases. Mr. Edwin Armistead Easterby will remain as attorney of record.

1

Houston, Texas
August 15, 2023

          Respectfully submitted,

          By:    */s/ Sean H. McCarthy*
                Sean H. McCarthy
                Texas State Bar No. 24065706
                Email:  smccarthy@whlaw.com
                Williams Hart & Boundas, LLP
                8441 Gulf Freeway, Ste. 600
                Houston, TX 77017
                Telephone: (713) 230-2200

                **OF COUNSEL FOR PLAINTIFFS**

                Edwin Armistead "Armi" Easterby
                The Easterby Law Firm, P.C.
                1502 Glourie Dr.
                Houston, Texas 77055
                (713) 936-9365
                armi@easterbylaw.com

                **ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2023, the foregoing instrument was served on all counsel of record through the Court's electronic filing system in accordance with the Rules of the Court of Federal Claims.

                      */s/ Sean H. McCarthy*
                      Sean H. McCarthy