# In the United States Court of Federal Claims

Sub-Master Docket No. 17-9001

ABBEY-BARKER LLC

vs.

THE UNITED STATES

CHART OF STATUS OF PLAINTIFF
Senior Judge Charles F. Lettow

## STATUS CHART OF PLAINTIFF

Per Order of the Court dated January 3, 2024 (DKT 941), Plaintiff Abbey-Barker LLC files this its Plaintiff's Status Chart:

| (1) Plaintiff Name or Pseudonym | (2) Plaintiff's Case Number | (3) Complaint of First Appearance | (4) Party Status of Plaintiff | (5) Was Plaintiff Dismissed or Substituted Out? | (6) Date of Dismissal or Substitution |
|---|---|---|---|---|---|
| Abbey-Barker LLC | 1:20-cv-01524-CFL | Original Short Form Complaint filed 11-4-2020 | Plaintiff Remains Party to Case | No | Not Applicable |

**HOOVER SLOVACEK LLP**

By: */s/ Thomas M. Pickford*
　　Thomas M. Pickford
　　TX State Bar No. 15986000
　　pickford@hooverslovacek.com
　　James Nguyen
　　TX State Bar No. 24110159
　　nguyen@hooverslovacek.com
　　Galleria Tower II
　　5051 Westheimer, Suite 1200
　　Houston, Texas 77056
　　713-977-8686/ 713-977-5395 Facsimile
　　**ATTORNEYS FOR ABBEY-BARKER LLC**

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record in this Sub-Master Docket by filing it via the Court's ECF system on January 8, 2024.

                                        */s/  Thomas M. Pickford*
                                        Thomas M. Pickford