IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 17-9001 L <br><br> Judge Richard A. Hertling |
| THIS DOCUMENT RELATES TO: | |
| Zheng Luo          No. 17-1868 L <br> Yonggang Zhang <br> Qing Yang          No. 23-1350 L <br> Ligang Lei <br> Huajing Yang       No. 17-1937 L <br> Yuanwei Lao <br> Shuyan Qiu         No. 17-2035 L <br> Qingsong Shi <br> Yan Xu             No. 17-2045 L <br> Xiaoqin Yu         No. 23-1164 L <br> Lin Kuang          No. 23-1204 L | |

**THE UNITED STATES' CONSOLIDATED RESPONSE TO
*PRO SE* PLAINTIFFS' MOTIONS FOR CLARIFICATION (DKT. NOS. 1063-69)**

On November 25, 2025, eleven *pro se* plaintiffs in seven underlying cases filed nearly identical motions for clarification requesting further instruction as to the proper procedure to communicate with counsel for the United States for the limited purpose of discussing proposed amendments to their respective complaints.  *See* Dkt. Nos. 1063-69.  The motions note that the Court's Case Management Order dated February 1, 2018, which set forth the case management process for the upstream cases through the initial jurisdictional phase of the proceedings, instructed *pro se* plaintiffs to not directly communicate with counsel for the United States.  *See* Dkt. No. 37 § 11 (providing that Upstream Co-Lead Counsel facilitate, coordinate, and effect all communications with the United States on behalf of all plaintiffs -- including *pro se* plaintiffs).

*Pro se* plaintiffs further note that on October 25, 2025, the Court denied two recent motions for leave to file amended complaints by certain *pro se* plaintiffs.[1] In doing so, the Court instructed the *pro se* plaintiffs to comply with Rule 7.3 of the Rules of the United States Court of Federal Claims and confer with counsel for the United States before filing any motion for leave to amend the complaint. *See* Dkt. Nos. 1059 (related to Case No. 17-1868) and 1062 (related to Case No. 17-2045). In response to *pro se* plaintiffs moving for clarification from the Court on the proper procedure to contact counsel for the United States (*see* Dkt. Nos. 1063-69), on December 1, 2025, the Court directed the United States to file a consolidated response to the pending motions for clarification. *See* Dkt. No. 1070.

The United States takes no position on the *pro se* plaintiffs' request for clarification as to the proper procedure for communicating with counsel for the United States under the Court's Case Management Order and recent October 2025 Orders. The United States is amenable to continuing communicating through Upstream Co-Lead Counsel for purposes of any *pro se* matters. If, however, the Court instructs *pro se* plaintiffs to communicate directly with counsel for the United States, those communications should be made to counsel of record as shown on the docket and such deviation from the existing Case Management Order should be limited to the current quiescent period while the cases are administratively stayed.

Regarding the proposed substance of any motion for leave to amend, the United States maintains that further substantive filings in all cases on the upstream docket are improper, and any request to amend the complaint would be premature, because the cases are currently administratively stayed pending the United States Court of Appeals for the Federal Circuit's resolution of the upstream bellwether appeal.

---

[1] Certain *pro se p*laintiffs filed notices of intent to file an amended complaint, which the Court

Dated: December 8, 2025

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General
        United States Department of Justice

        */s/ Jeffrey A. Spector*
        JEFFREY A. SPECTOR
        Senior Attorney
        GENEVIEVE GEIGER
        AMBER DUTTON-BYNUM
        Trial Attorneys
        United States Department of Justice
        Environment & Natural Resources Division
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 532-3267
        Email: Jeffrey.Spector@usdoj.gov

        *Counsel for the United States*

---

construed as motions for leave to file an amended complaint. *See* Dkt. Nos. 1059 (related to Case No. 17-1868) and 1062 (related to Case No. 17-2045).