# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

In re UPSTREAM ADDICKS AND BARKER   )

(TEXAS) FLOOD-CONTROL RESERVOIRS   )

   )   Sub-Master Docket No. 17-9001L

THIS DOCUMENT APPLIES TO:   )   Judge Richard A. Hertling

LUO v. UNITED STATES   )

No. 17-1868 L   )

## NOTICE OF INDIVIDUAL POSITION REGARDING

## PROPOSED AGENDA ECF 1083

Plaintiff Zheng Luo, appearing pro se, respectfully submits this Notice for the limited purpose of clarifying his individual position with respect to the proposed agenda submitted by Upstream Plaintiffs (ECF No. 1083).

Plaintiff does not oppose the Court's consideration of the agenda items identified by lead counsel, including matters relating to mediation, case management, class procedures, or other mechanisms intended to promote the efficient resolution of claims.

However, Plaintiff respectfully clarifies that he proceeds on an individual claim based on a distinct legal and factual framework. Plaintiff's claims are not based solely on the existence or extent of flooding, but on the legal and operational framework under which such flooding occurred. Accordingly, Plaintiff does not adopt, and should not be understood as having adopted, any proposed class-based approach to liability, nor any characterization of liability that would be resolved on a uniform or aggregated basis.

Plaintiff further clarifies that no inclusion of Plaintiff in any class mechanism, any class mechanism addressing liability only, or aggregated liability determination should be presumed in the absence of Plaintiff's express and affirmative consent.

Plaintiff also submits that his claims rely, in part, on matters relating to the completeness and scope of the administrative, engineering, and historical record, which have not been fully

developed or adjudicated. Accordingly, any reliance on the existing record for purposes of summary or class-wide adjudication should not be construed as encompassing Plaintiff's claims.

Nothing in the proposed agenda should be construed as resolving, waiving, subsuming, or otherwise affecting any issues that have not been adjudicated and were previously acknowledged but deferred in this proceeding.

Plaintiff further respectfully submits that any proposed sequencing of liability determinations should not foreclose the adjudication of threshold legal questions specific to his claims.

This Notice is submitted solely to preserve the distinction of Plaintiff's individual claim and to ensure that any discussion of proposed procedures is not construed as encompassing or determining Plaintiff's claims absent his express consent.

Plaintiff remains willing to participate in proceedings consistent with the Court's orders and applicable rules, while maintaining the independent basis of his claims.

Plaintiff further clarifies that submissions made by other parties or counsel in these coordinated proceedings do not necessarily reflect Plaintiff's individual position unless expressly adopted by Plaintiff.

Respectfully submitted,

This 17th day of March, 2026.

*/s/ Zheng Luo*
ZHENG LUO
*Pro se* Plaintiff
E-mail: coinverso@hotmail.com