# In the United States Court of Federal Claims

No. 17-9001L
Filed: April 30, 2026

| |
|---|
| **IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS** |
| **THIS DOCUMENT APPLIES TO: ALL UPSTREAM CASES** |

## ORDER

The Court will hold an in-person status conference on **May 12, 2026**, at **9:30 a.m**. CDT at the United States Courthouse, 515 Rusk Street, Houston, TX.  Only the co-lead counsel for the plaintiffs and counsel for the defendant will be recognized and heard; counsel representing any plaintiff(s) and plaintiffs in the cases under this sub-master docket may attend.

The parties should be prepared to discuss the following matters:

1. The defendant should be prepared to outline the status of its internal deliberations regarding whether it intends to seek further review of *Ablan v. United States*, 162 F.4th 1364 (Fed. Cir. 2025).  If deliberations on the issue are ongoing, the defendant should be prepared to provide a timeline for completing the deliberations.
2. The parties should be prepared to address the status of their discussions regarding the creation of a short claim form.
3. The defendant should be prepared to provide an update on its deliberations regarding the evidence each individual claimant will be required to include with the short claim form to allow the defendant to evaluate and resolve the claim informally.
4. The parties should be prepared to provide the status of the discussions under the supervision of Judge Bruggink regarding the development of a replicable formula to allow the parties to determine the value of each claim's flowage easement.
5. The defendant should be prepared to provide an outline of how it is planning an internal review process to permit the expedited review and approval of settlements.

In addition to these specific issues, the parties should be prepared to discuss a prospective schedule for the final resolution of the bellwether claims for which no further judicial action is required.  The parties should also be prepared to discuss a schedule for further proceedings to resolve the quantum for Ms. Popovici's claim.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**