**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| In re UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 17-9001L |
| THIS DOCUMENT APPLIES TO:<br>ALL UPSTREAM CASES | Judge Richard A. Hertling |

**JOINT MOTION FOR ORDER ON TIMING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

In regard to the timing of expected motions seeking an award of attorney's fees and costs under RCFC 54(d) and the applicable provisions of the Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. § 4654(c), the parties agree as follows:

1. On October 28, 2022, the Court entered a Rule 54(b) judgment for Todd and Cristina Banker, Elizabeth Burnham, Scott Holland, Christina Micu, Catherine Popovici, and Kulwant Sidhu (collectively, the "Test-Property Plaintiffs"). (ECF 582.) In its judgment, the Court noted that "[c]osts [were] deferred." (ECF 582.)

2. On November 23, 2022, the Court entered an order deferring "[t]he deadline for filing a motion seeking attorneys' fees and expenses . . . until after the judgment becomes final and non-appealable." (ECF 585.) Thereafter, the parties cross-appealed the judgment as to the Test-Property Plaintiffs.

3. In *Ablan v. United States*, 162 F.4th 1364 (Fed. Cir. 2025), the Federal Circuit issued an opinion modifying the just compensation award to some but not all of the Test-Property Plaintiffs and otherwise affirming the judgment as to some but not all of the Test-Property Plaintiffs. The time for the government to appeal the Federal Circuit's *Ablan* opinion has passed.

4. Since the issuance of the *Ablan* opinion, the parties have been conferring on the form of a Rule 54(b) judgment as to some but not all of the Test-Property Plaintiffs.

5. The parties agree that the time for any submission for recovery of fees and expenses should be extended until November 20, 2026, as to any of the Test-Property Plaintiffs whose submission would otherwise be due prior to that date. The parties will submit to the Court a proposed briefing schedule for a motion for recovery of fees and expenses as to any Test-Property Plaintiffs with final, non-appealable judgments by no later than October 30, 2026. Such proposed schedule might further modify the November 20, 2026, deadline.

Accordingly, the parties jointly request the entry of an order (i) extending the time for any submission for recovery of fees and expenses until November 20, 2026, as to any of the Test-Property Plaintiffs whose submission would otherwise be due prior to that date; and (ii) requiring submission of a joint proposed scheduling order for motions for recovery of fees and expenses by October 30, 2026.

Respectfully submitted,

*/s/ Daniel H. Charest*
Daniel H. Charest*
Connor Weldon
Adrienne Allen
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
469-904-4550
dcharest@burnscharest.com
cweldon@burnscharest.com
aallen@burnscharest.com

**Co-Lead Counsel, Upstream Pre-Trial Discovery and Dispositive Motions*

*/s/ Charles Irvine*
Charles Irvine
Irvine & Conner PLLC
4709 Austin Street
Houston, Texas 77004
713-533-1704
charles@irvineconner.com

*Co-Lead Counsel, Upstream Pre-Trial Discovery and Dispositive Motions*

*/s/ Armi Easterby*
Edwin Armistead "Armi" Easterby
The Easterby Law Firm, P.C.
1502 Glourie Drive
Houston, Texas 77055
713-936-9365
armi@easterbylaw.com

Co-Lead Counsel, Upstream Pre-Trial Discovery and Dispositive Motions

*/s/ Vuk Vujasinovic*
Vuk S. Vujasinovic
VB Attorneys, PPLC
6363 Woodway Drive, Suite 400
Houston, Texas 77057
713-224-7800
vuk@vbattorneys.com
Of Counsel for Upstream Plaintiffs as to Jurisdictional Discovery, Motion to Dismiss, and Scheduling

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General
United States Department of Justice

*/s/ Jeffrey A. Spector*
JEFFREY A. SPECTOR
Senior Attorney
GENEVIEVE GEIGER
AMBER DUTTON-BYNUM
Trial Attorneys
United States Department of Justice
Energy & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-532-3267
Email: jeffrey.spector@usdoj.gov
Counsel for the United States

Dated: September 29, 2026.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record in this Sub-Master Cause by filing it via the Court's ECF system on September 29, 2026.

*/s/ Daniel H. Charest*
Daniel H. Charest