**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| IN RE UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 17-9001 L<br><br>Judge Richard A. Hertling |
| THIS DOCUMENT APPLIES TO:<br><br>ALL UPSTREAM CASES | |

**JOINT STATUS REPORT**

On September 15, 2026, the Court ordered the United States and the Upstream Co-Lead Counsel for plaintiffs to file a joint status report summarizing the progress of their settlement discussions under the supervision of Judge Bruggink ("JSR Order-2"). Dkt. No. 1133. The parties had previously filed joint status reports on June 29 and September 14, 2026, in response to this Court's May 13, 2026, Order. *See* Dkt. Nos. 1128, 1131, and 1132. Pursuant to JSR Order-2, the parties now submit the following:

As agreed to during the telephonic mediation session with Judge Bruggink on June 23, 2026, the parties have engaged with their respective experts to explore areas of possible agreement on potential proxies for helping to resolve just compensation for individual properties in this case. On August 3, 2026, the parties and their experts collectively met to discuss the experts' task to develop a pool-wide methodology for estimating just compensation associated with real property impacts. In follow-up to that discussion, on August 17, 2026, the parties and their experts met again to discuss their proposed collaborative path forward. Since then, the experts have started to meet to develop the real property impact methodology.

Judge Bruggink conducted another telephonic mediation session on September 25, 2026. During that session, the United States presented on a proposed model for generating real property impact just compensation figures for individual claimants. At that time the model had only been partially populated with data necessary to generate the specific amounts. The United States committed to providing a full run of the model for over 500 properties located in a relatively homogenous neighborhood by October 25, 2026.

The parties also note for the Court that the time for the United States to seek further review of the decision in *Ablan v. United States* has passed without further action by the United States.

Respectfully submitted,

*/s/ Daniel H. Charest*
Daniel H. Charest
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
469-904-4550
dcharest@burnscharest.com

***Co-Lead Counsel, Upstream Pre-Trial Discovery and Dispositive Motions***

*/s/ Charles Irvine*
Charles Irvine
Irvine & Conner PLLC
4709 Austin Street
Houston, Texas 77004
713-533-1704
charles@irvineconner.com

***Co-Lead Counsel, Upstream Pre-Trial Discovery and Dispositive Motions***

*/s/ E. Armistead Easterby*
Edwin Armistead "Armi" Easterby
The Easterby Law Firm, P.C.
1502 Glourie Drive
Houston, Texas 77055
713-936-9365
armi@easterbylaw.com

***Co-Lead Counsel, Upstream Pre-Trial Discovery and Dispositive Motions***

*/s/ Vuk S. Vujasinovic*
Vuk S. Vujasinovic
VB Attorneys, PPLC
6363 Woodway Drive, Suite 400
Houston, Texas 77057
713-224-7800
vuk@vbattorneys.com

***Of Counsel for Upstream Plaintiffs as to Jurisdictional Discovery, Motion to Dismiss, and Scheduling***

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice

*/s/ Jeffrey A. Spector*
JEFFREY A. SPECTOR
Senior Attorney
GENEVIEVE GEIGER
AMBER DUTTON-BYNUM
Trial Attorneys
United States Department of Justice
Energy & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-330-2649
Email: amber.dutton-bynum@usdoj.gov

***Counsel for the United States***

Dated: October 9, 2026